**Exhibit A**

Table of Last-Observed Infringements by Defendants of Vinyard Entertainment LLC's Copyright in the Motion Picture "No Pain No Gain," Copyright Reg. No. PA0001738810

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 151.203.19.226 | 2012-03-19 04:03:13 -0400 | Verizon Internet Services | BitTorrent | 124a6f11928aba8408077a14e690b0f45f908884 |
| Doe 2 | 68.160.22.147 | 2012-03-25 21:17:19 -0400 | Verizon Internet Services | BitTorrent | 124a6f11928aba8408077a14e690b0f45f908884 |
| Doe 3 | 68.160.27.214 | 2012-03-21 16:35:49 -0400 | Verizon Internet Services | BitTorrent | 124a6f11928aba8408077a14e690b0f45f908884 |
| Doe 4 | 68.160.45.151 | 2012-03-21 01:06:09 -0400 | Verizon Internet Services | BitTorrent | 124a6f11928aba8408077a14e690b0f45f908884 |
| Doe 5 | 68.160.49.191 | 2012-03-23 00:44:18 -0400 | Verizon Internet Services | BitTorrent | 124a6f11928aba8408077a14e690b0f45f908884 |
| Doe 6 | 68.160.53.63 | 2012-03-19 22:21:52 -0400 | Verizon Internet Services | BitTorrent | 124a6f11928aba8408077a14e690b0f45f908884 |
| Doe 7 | 68.160.56.241 | 2012-03-20 21:03:58 -0400 | Verizon Internet Services | BitTorrent | 124a6f11928aba8408077a14e690b0f45f908884 |
| Doe 8 | 71.243.103.240 | 2012-03-21 23:10:54 -0400 | Verizon Internet Services | BitTorrent | 124a6f11928aba8408077a14e690b0f45f908884 |
| Doe 9 | 71.243.106.230 | 2012-03-21 10:21:13 -0400 | Verizon Internet Services | BitTorrent | 124a6f11928aba8408077a14e690b0f45f908884 |
| Doe 10 | 71.243.106.243 | 2012-03-20 17:13:41 -0400 | Verizon Internet Services | BitTorrent | 124a6f11928aba8408077a14e690b0f45f908884 |
| Doe 11 | 71.243.111.113 | 2012-03-23 09:12:12 -0400 | Verizon Internet Services | BitTorrent | 124a6f11928aba8408077a14e690b0f45f908884 |
| Doe 12 | 71.243.59.157 | 2012-03-20 11:02:51 -0400 | Verizon Internet Services | BitTorrent | 124a6f11928aba8408077a14e690b0f45f908884 |
| Doe 13 | 71.243.60.150 | 2012-03-24 13:38:48 -0400 | Verizon Internet Services | BitTorrent | 124a6f11928aba8408077a14e690b0f45f908884 |
| Doe 14 | 71.243.66.170 | 2012-03-24 08:04:02 -0400 | Verizon Internet Services | BitTorrent | 124a6f11928aba8408077a14e690b0f45f908884 |
| Doe 15 | 71.243.66.69 | 2012-03-20 04:59:12 -0400 | Verizon Internet Services | BitTorrent | 124a6f11928aba8408077a14e690b0f45f908884 |
| Doe 16 | 71.243.67.81 | 2012-03-23 21:13:10 -0400 | Verizon Internet Services | BitTorrent | 124a6f11928aba8408077a14e690b0f45f908884 |
| Doe 17 | 71.243.68.172 | 2012-03-19 13:24:55 -0400 | Verizon Internet Services | BitTorrent | 124a6f11928aba8408077a14e690b0f45f908884 |
| Doe 18 | 71.243.77.254 | 2012-03-20 23:16:48 -0400 | Verizon Internet Services | BitTorrent | 124a6f11928aba8408077a14e690b0f45f908884 |
| Doe 19 | 71.243.80.91 | 2012-03-24 07:23:03 -0400 | Verizon Internet Services | BitTorrent | 124a6f11928aba8408077a14e690b0f45f908884 |
| Doe 20 | 71.243.87.252 | 2012-03-24 00:59:55 -0400 | Verizon Internet Services | BitTorrent | 124a6f11928aba8408077a14e690b0f45f908884 |
| Doe 21 | 71.243.91.97 | 2012-03-18 17:02:29 -0400 | Verizon Internet Services | BitTorrent | 124a6f11928aba8408077a14e690b0f45f908884 |
| Doe 22 | 71.243.96.239 | 2012-03-22 14:04:58 -0400 | Verizon Internet Services | BitTorrent | 124a6f11928aba8408077a14e690b0f45f908884 |
| Doe 23 | 71.243.98.189 | 2012-03-22 22:10:47 -0400 | Verizon Internet Services | BitTorrent | 124a6f11928aba8408077a14e690b0f45f908884 |